IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>      v.<br><br>LUIS ALBERTO BARRETO,<br><br>              Defendant. | CASE NO. 2:15-CR-73 GEB<br><br>ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE |

Pursuant to Local Rule 141(b) and based upon the representation contained in the Government's Request to Seal submitted in camera on February 3, 2016, IT IS HEREBY ORDERED that the government's two-page motion for a downward departure pursuant to U.S.S.G. § 5K1.1 pertaining to defendant Luis Alberto Barreto, and Government's Request to Seal shall be SEALED until further order of this Court.

It is further ordered that access to the sealed documents shall be limited to the government and counsel for the defendant.

Dated: February 3, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge